UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THEODORE K. TORGRAMSEN,<br><br>    Plaintiff(s),<br><br>  v.<br><br>DAHL TUG & BARGE, INC.,<br><br>    Defendant(s). | NO. C06-1151MJP<br><br>ORDER ON MOTION TO REVISE<br>CASE SCHEDULE |

The Court, having received and reviewed the Agreed Motion and Proposed Order Continuing Trial and Pre-Trial Dates (Dkt. No. 12) makes the following findings:

    1.    The motion contains no specific (or insufficient) facts to establish good cause for a continuance/revision and/or
    2.    The motion provides no suitable explanation as to why the existing case schedule deadlines were not met.

Specifically, the Court is not convinced that there is no mechanism for locating and contacting Plaintiff. Therefore, IT IS HEREBY ORDERED that the request to revise the existing case schedule is DENIED without prejudice to bring a renewed motion which cures the defects noted above and outlines a plan for meeting the revised deadlines.

The clerk is directed to send copies of this order to all counsel of record.

Dated: October 22, 2007

Marsha J. Pechman
U.S. District Judge

ORD ON MTN TO REVISE- 1